AO 238 (REV 8/93)

06 - 043M - 01

# United States District Court

FOR THE 04 MARYLAND

19

RECEIVED
U.S. MARSHAL
BALTIMORE, MD

03-1969M

UNITED STATES OF AMERICA
VS.

LYONS, JULIUS P

20001

Defendant.

2003 JUN 25 P 3:39

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| R019930  MY10 | 04/18/03 |

FiLED

FEB 0 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PTA 6.23.03

OFFENSE: POSSESS FIREARMS

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

## WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $_____ may be Forfeited in Lieu of Appearance.

Date June 23, 2005

_____
United States Magistrate Judge

### RETURN

| RECEIVED | Date 06/25/03 | Location United States Marshal Service 333 Constitution Ave, NW Washington DC 20001 |

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

| | Date 02/02/2006 | Location United States Marshal Service 333 Constitution Ave NW, Washington DC 20001 |

Name Fitzgerald, Derrick  Title Deputy US Marshal  District DC/DC

Date 02/02/2006  Signature _____