FILED
FEB 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 - 043M - 01

# United States District Court
## Violation Notice

Loc Code: MY-10

Violation No: R019930

Print Officer Name: Andakinow, M

Officer No: A-3016

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: April 18, 2003 8:45 A.M.

Offense Charged: Title 18 Sec. 930 Possession of firearms and dangerous weapons in Federal Facility

Place of Offense: Main Gate ID check, Andrews AFB MD, PG county

Offense Description: Possession of FireArms and Dangerous weapons in Federal Facility

R019930

Defendant's Last Name: Lyons | First Name: Julius | MI: P.

VEHICLE DESCRIPTION

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS

B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS

____ I wish to terminate this matter by paying the collateral shown below, enclosed

____ I plead not guilty and promise to appear as required

YOUR COURT DATE

Court Address: Central Violations Bureau, P.O. Box 740026, Atlanta, Ga 30374-0026

Date:

Time:

Collateral (fine): NA

For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998 Original - CVB Copy Previous edition is obsolete

(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court) )

I03-04-044

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 18, 2003, while exercising my duties as a law enforcement officer in the Andrews AFB District of Prince Georges Co MD

On 18 Apr 03, myself and MSgt Hubbard were dispatched to the Colorado Ave Main Gate ID check for the complaint of [illegible] stating Lyons had threatened to kill him. Andakinow and Hubbard arrived on scene and made contact with [illegible] and Lyons. Andakinow conducted a search of Lyons person [illegible] findings. Andakinow then conducted a search of Lyons jacket that was [illegible] entire side of the road. Andakinow discovered and seized (1) one 3" Black Back knife. Andakinow detained Lyons for possession of a deadly weapon

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 18 Apr 03 (Date) [signature] (Officer's Signature)

Probable cause has been stated for the issuance of a warrant.

Executed on: ____ (Date) ____ (U.S. Magistrate Judge)

DD FORM 1805 (BACK), SEP 1998

CVB Scan