**FILED**
MAR 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 2/21/06

FILED _____ ENTERED
_____ LODGED _____ RECE___

FEB 22 2006

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPU__

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court:   UNITED STATES COURTHOUSE
Second Floor
6500 Cherrywood Lane
Greenbelt, Maryland   20770

RE: ~~CR~~ 06mj43 Julius Lyons

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

☑ Docket Sheet                                Warrant of Removal

☑ ~~Complaint~~ Warrant/Violation Notice      Order of Removal

  Minute Order Appointing Counsel            Detention Order

  Corporate Surety Bond                   ☑ Waiver of Removal

  Personal Surety Bond

☑ Other- Blotter dated 2/15/06, 2/2/06

   Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                      Sincerely yours,

                                      Nancy Mayer-Whittington,
                                      Clerk of the Court
                                      By: _____
                                          Deputy Clerk